IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAI'I

| | |
|---|---|
| KENNETH L. LAWSON,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF HAWAI'I; DAVID LASSNER; MICHAEL BRUNO; CAMILLE NELSON; NICKOLAS MIRKAY AND JOHN AND JANE DOES 1-10 WILLIAM S. RICHARDSON SCHOOL OF LAW FACULTY MEMBERS, IN THEIR INDIVIDUAL CAPACITIES.<br><br>Defendants. | CIVIL NO. _____<br><br>DEMAND FOR JURY TRIAL |

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues triable of right by jury in this case, pursuant to Rule 38, Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, \_\_4/15/24\_\_\_\_\_.

_____
KENNETH L. LAWSON
Pro-Se