# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 24-00172 LEK-RT |
| CASE NAME: | Kenneth L. Lawson vs. University of Hawai`i et al. |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 06/13/2024 |

COURT ACTION:  EO:  ORDER:  DENYING PLAINTIFF'S MOTION FOR AN EXPEDITED HEARING ON MOTION FOR A TRO/PRELIMINARY INJUNCTION; DENYING THE PORTION OF PLAINTIFF'S MAY 30, 2024 MOTION SEEKING A TEMPORARY RESTRAINING ORDER; AND SETTING A HEARING ON THE PORTION OF PLAINTIFF'S MAY 30, 2024 MOTION SEEKING A PRELIMINARY INJUNCTION

      Pro se Plaintiff Kenneth L. Lawson ("Lawson") initiated this action on April 15, 2024. See Verified Complaint for Damages, Declaratory and Injunctive Relief ("Complaint"), filed 4/15/24 (dkt. no. 1). On April 19, 2024, Lawson filed an Ex Parte Motion for Temporary Restraining Order ("4/19 Motion"). [Dkt. no. 20.] A hearing on the 4/19 Motion was held on May 3, 2024. [Minutes, filed 5/3/24 (dkt. no. 23).] The same day, this Court issued an order denying the 4/19 Motion. [Order Denying Plaintiff's Ex Parte Motion for Temporary Restraining Order, filed 5/3/24 (dkt. no. 24) ("5/3 Order").]

      On May 30, 2024, Lawson filed his: First Amended Verified Complaint for Damages, Declaratory and Emergency TRO and Preliminary Injunctive Relief ("Amended Complaint"); and Motion for Temporary Restraining Order and Preliminary Injunction ("5/30 Motion"). [Dkt. nos. 43, 44.] On June 11, 2024, Lawson filed an Ex Parte Motion for an Expedited Hearing on Motion for a TRO/Preliminary Injunction ("Motion to Expedite"). [Dkt. no. 55.]

      The 4/19 Motion was heard and decided on an expedited basis. The Amended Complaint includes new factual allegations. See, e.g., Amended Complaint at ¶¶ 220-30 (allegations regarding events that occurred after the filing of the original Complaint). In addition, the Amended Complaint does not allege some of the claims that were alleged in the original Complaint. Compare Complaint at pgs. 46-65 (alleging Counts I-XI), with Amended Complaint at pgs. 60-78 (alleging Counts I-VII, including two claims identified as Count VII). This Court has considered the additional allegations included in the Amended Complaint and in the 5/30 Motion, and this Court concludes that the new

allegations do not alter the analysis in the 5/3 Order. The portion of the 5/30 Motion requesting a temporary restraining order is therefore DENIED.

Further, having considered the Motion to Expedite and the case record as a whole, this Court finds that Lawson has not established good cause to expedite the hearing on the remaining portion of the 5/30 Motion, which seeks a preliminary injunction. Lawson's Motion to Expedite is therefore DENIED. This Court will hold a hearing on the portion of the 5/30 Motion requesting a preliminary injunction on **September 13, 2024 at 9:45 a.m.** The defendants shall file their memorandum in opposition by **August 23, 2024**. If Lawson chooses to file an optional reply, he must do so by **August 30, 2024**.

In addition, the parties are ORDERED to file status memoranda, not to exceed five pages each, addressing: whether they intend to present live testimony or other evidence at the hearing; and, if they are intending to present live testimony, how many witnesses they intend to present. The parties' respective status memoranda shall be filed by **August 13, 2024**.

Lawson's request for a preliminary injunction does not affect this Court's consideration of the defendants' Motion to Stay and/or Dismiss All Proceedings ("Motion to Stay"), [filed (dkt. no. 40)]. The hearing on the Motion to Stay will proceed as scheduled on **July 29, 2024, at 10:30 a.m.**, by video-teleconference. See Minute Order - Court Order Granting in Part and Denying in Part Defendants' *Ex Parte* Motion for Order to Shorten Time to Hear Defendants University of Hawai`i, David Lassner, Michael Bruno, Camille Nelson, Nicholas Mirkay's Motion to Stay All Proceedings Filed May 22, 2024, filed 5/24/24 (dkt. no. 42) ("5/24 EO"). The briefing schedule for the Motion to Stay that is set forth in the 5/24 EO remains in effect.

IT IS SO ORDERED.

Submitted by: Shelli Mizukami, Courtroom Manager