# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:24-CV-00172-LEK-RT |
| CASE NAME: | Kenneth L. Lawson v. University of Hawaii et al |
| ATTY FOR PLA: | Kenneth L. Lawson, Pro Se* |
| ATTYS FOR DEFT: | Derek T. Mayeshiro* <br> Justin Michael Luney |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Ann Matsumoto |
| DATE: | 09/11/2024 | TIME: | 10:00am-10:55am |

COURT ACTION: EP: VIDEO CONFERENCE HEARING RE: [44]MOTION FOR PRELIMINARY INJUNCTION

Oral arguments heard.

[44]Motion for Preliminary Injunction - TAKEN UNDER ADVISEMENT

Court to issue written order.

Submitted by: Carla Cortez, Courtroom Manager