# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:24-cv-00172-LEK-RT |
| CASE NAME: | Kenneth L. Lawson vs. David Lassner, et al., |
| ATTY FOR PLTF: | Kenneth L. Lawson (*pro se*) |
| ATTY FOR DEFTS: | Justin M. Luney |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | ZOOM |
| DATE: | 10/21/2025 | TIME: | 1:28 PM – 1:46 PM |

COURT ACTION: EP:     TELEPHONE CONFERENCE had on 10/21/2025.

Discussion had regarding discovery issues. Parties continue to cooperate to resolve outstanding matters. Court expects Defendants to make good faith efforts to produce outstanding discovery within 14 days.

To monitor status, the Court **CONFIRMS** the **Telephone Conference** on **11/7/2025 at 9:30 a.m.** before Magistrate Judge Trader. No submissions required. Parties and other participants must call in at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below:

Dial in number:    1-833-568-8864 (toll-free).
Meeting ID:        161 5641 6035.

In light of the foregoing, [ECF [149]] *Plaintiff's Request for Discovery Conference* ("Request") is **DENIED AS MOOT**.

*Submitted by: Anjelica Barker, Courtroom Manager*