# MINUTE ORDER

CASE NUMBER:          1:24-cv-00172-LEK-RT

CASE NAME:            Kenneth L. Lawson v. Michael Bruno et al.

ATTY FOR PLA:         Kenneth L. Lawson, *Pro Se*

ATTY'S FOR DEFTS:     *Justin Michael Luney
                      Greg H. Takase
                      William Meheula

JUDGE:    Leslie E. Kobayashi      REPORTER:    Ann Matsumoto

DATE:     3/19/2026                TIME:        10:15am-10:45am

COURT ACTION:   EP:    Hearing re: [162] Plaintiff's Motion for Summary Judgment held.

Oral arguments heard.

For reasons stated on the record, [162] Plaintiff's Motion for Summary Judgment - DENIED

Court to issue written order.

Submitted by: Carla Cortez, Courtroom Manager